IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00103-RJC-DSC

| | | |
|---|---|---|
| **KEVIN B. HILL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **IMAAN INTERNATIONAL, INC. et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay and to Toll All Deadlines Pending Private Mediation" (document #37). Having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that:

1. This matter is **STAYED** ninety days from the date of this Order.

2. The parties shall file a status report at the conclusion of mediation but no later than ninety days from the date of this Order.

3. If mediation is unsuccessful, the parties shall submit proposed new deadlines.

4. The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: May 25, 2017

_____
David S. Cayer
United States Magistrate Judge